# Court of Appeals
# of the State of Georgia

ATLANTA,  November 23, 2020

*The Court of Appeals hereby passes the following order:*

**A21A0620. THERIAN WIMBUSH v. THE STATE.**

In 2017, Therian Wimbush was convicted of three counts of cruelty to children in the first degree and sentenced to 30 years to serve 20 years. We affirmed her convictions in 2018. *Wimbush v. State*, 345 Ga. App. 54 (812 SE2d 489) (2018). On September 8, 2020, Wimbush filed a notice of direct appeal[1] from the trial court's December 2, 2014 denial of her "Demand for Speedy Trial." We, however, lack jurisdiction.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Wimbush's notice of appeal was untimely filed nearly six years after entry of the order she seeks to appeal.

Second, because we rejected Wimbush's challenge to the same trial court order in her prior appeal, *Wimbush*, supra, 345 Ga. App. at 61-66 (2), the current appeal is barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not entitled to

---

[1] Wimbush's notice of appeal is captioned "Amended Notice of Appeal (12/15/14)," however the record contains no other notice of appeal from the denial of her demand for speedy trial.

another bite at the apple by way of a second appeal").

Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   11/23/2020        *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*